No. 234. PUCO *v.* UNITED STATES;

No. 257. LESSA ET AL. *v.* UNITED STATES;

No. 304. STROMBERG ET AL. *v.* UNITED STATES;

No. 305. TEITELBAUM *v.* UNITED STATES;

No. 308. BEHRMAN *v.* UNITED STATES;

No. 310. MAIMONE *v.* UNITED STATES; and

No. 313. MIRRA ET AL. *v.* UNITED STATES. Petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit denied. *Henry K. Chapman* for petitioners in Nos. 234 and 257. *Moses Polakoff, Samuel Mezansky* and *Sheldon Lowe* for petitioners in No. 304. *Daniel H. Greenberg* for petitioner in No. 305. *Maurice Edelbaum* for petitioner in No. 308. *Edward H. Levine* for petitioner in No. 310. *Joseph Leary Delaney* for petitioners in No. 313. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Philip R. Monahan* for the United States.

No. 292. KEENAN ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Myer H. Gladstone* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 294. GEILICH TANNING CO. *v.* AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL–CIO, ET AL. C. A. 1st Cir. Certiorari denied. *Harold Rosenwald* for petitioner.

No. 28, Misc. KRAVARICK ET AL. *v.* COLORADO. Supreme Court of Colorado. Certiorari denied. Petitioners *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *Gerald Harrison,* Assistant Attorney General, for respondent.